| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ANYA M. BINSACCA<br>Supervising Deputy Attorney General |
| 3 | JAY C. RUSSELL<br>Deputy Attorney General |
| 4 | State Bar No. 122626<br>  455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-3617 |
| 6 |   Fax:  (415) 703-5843<br>  E-mail:  Jay.Russell@doj.ca.gov |
| 7 | *Attorneys for Defendant California*<br>*State Controller Betty T. Yee* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ALISON COLE-KELLY,**<br><br>                                          Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, AND BETTY T. YEE IN HER OFFICIAL CAPACITY AS CONTROLLER OF THE STATE OF CALIFORNIA,**<br><br>                                          Defendants. | 4:22-cv-02841-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING ON PENDING MOTIONS**<br><br>Related Cases:<br><br>*Coté v. Office of the California State Controller, et al.,* No. 22-cv-04056-HSG<br><br>*Sykes v. Office of the California State Controller, et al.,* No. 22-cv-04133-HSG |

### STIPULATION

Under Northern District Local Civil Rule 6-2, Plaintiffs Alison Cole-Kelly, Alexander Coté, and Jennifer I. Sykes, and Defendants the Office of the California State Controller and Betty T. Yee, named in her official capacity as Controller of the State of California, stipulate and agree to the following:

1. On May 13, 2022, Plaintiff Alison Cole-Kelly filed her complaint.

2. On May 26, 2022, and June 6, 2022, respectively, Alexander Coté and Jennifer I. Sykes filed complaints in the Central District of California.

3. On July 11, 2022, *Cote v. Yee, et al.,* was ordered transferred from the Central District of California to the Northern District of California. On July 14, 2022, *Sykes v. Yee, et al.,* was ordered transferred from the Central District of California to the Northern District of California.

4. On July 25, 2022, the Court ordered *Cote* and *Sykes* related to the present action.

5. On August 5, 2022, Defendant moved to dismiss this case (ECF 23), and the related *Coté* and *Sykes* cases. The hearing on theses motion is scheduled for December 1, 2022.

6. Also on August 5, 2022, Coté and Sykes filed a Motion to Consolidate Related Cases and Appoint Interim Class Counsel. (ECF 24.) Under Civil Local Rule 7-3, oppositions to all motions are due by August 19; reply briefs are due by August 26. The hearing on this motion is scheduled for November 17, 2022.

7. The parties stipulate and agree that the dates for the parties to file oppositions and replies to all the above-described motions shall be continued to dates to be determined at the August 23, 2022 Initial Case Management Conference. The parties further stipulate and agree that hearing dates for the above-described motions shall also be discussed with the Court at the August 23 Initial Case Management Conference. By stipulating to extensions of briefing on the motions, the parties do not waive any right to move to have Defendants' motions to dismiss briefed and decided before any further briefing or hearing on the Motion to Consolidate Related Cases and Appoint Interim Class Counsel.

IT IS SO STIPULATED.

Dated: August 11, 2022

                                                                  ROB BONTA
                                                                  Attorney General of California
                                                                  ANYA M. BINSACCA
                                                                  Supervising Deputy Attorney General

                                                                  */s/ Jay C. Russell*
                                                                  JAY C. RUSSELL
                                                                  Deputy Attorney General
                                                                  *Attorneys for Defendant Betty T. Yee, in her official capacity as Controller of the State of California*

Dated: August 11, 2022

                                                                  */s/ Samuel Kornhauser*
                                                                  SAMUEL KORNHAUSER, Esq.,
                                                                  LAW OFFICES OF SAMUEL KORNHAUSER
                                                                  155 Jackson Street, Suite 1807
                                                                  San Francisco, California 94111
                                                                  Telephone: (415) 981-6281
                                                                  Facsimile: (415) 981-7616
                                                                 Email: samuel.kornhauser@gmail.com

                                                                  BRIAN DAVID, Esq.,
                                                                  Illinois ARDC No. 0582468 *(pro hac vice)*
                                                                 LAW OFFICES OF BRIAN DAVID
                                                                 1329 N. Dearborn #1
                                                                 Chicago, Illinois 60610
                                                                Telephone: (847) 778-7528
                                                                 Email: bdbriandavid@gmail.com

                                                                  *Attorneys for Plaintiff Alison Cole-Kelly*

Dated: August 11, 2022

          **WOLF HALDENSTEIN ADLER**
              **FREEMAN & HERZ LLP**

*/s/ Rachele R. Byrd*
RACHELE R. BYRD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
OANA CONSTANTIN (325226)
750 B STREET, SUITE 1820
SAN DIEGO, CA 92101
TELEPHONE: 619/239-4599
FACSIMILE: 619/234-4599
MANIFOLD@WHAFH.COM
BYRD@WHAFH.COM
CONSTANTIN@WHAFH.COM

MARK C. RIFKIN (*PRO HAC VICE*)
BENJAMIN Y. KAUFMAN (*PRO HAC VICE*)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
270 MADISON AVENUE
NEW YORK, NEW YORK 10016
TELEPHONE: 212/545-4600
FACSIMILE: 212/545-4677
RIFKIN@WHAFH.COM
KAUFMAN@WHAFH.COM

ARTHUR T. SUSMAN (*PRO HAC VICE*)
**LAW OFFICE OF ARTHUR SUSMAN**
1540 N. LAKE SHORE DRIVE
CHICAGO, ILLINOIS 60610
TELEPHONE: 847-800-2351
ARTHUR@SUSMAN-LAW.COM

*ATTORNEYS FOR PLAINTIFFS ALEXANDER COTÉ, JENNIFER I. SYKES AND THE CLASS*

**ORDER**

Under the above stipulation, and good cause appearing, it is so ordered.

DATED: 8/12/2022

*[signature]*
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

SA2022302479
43348219.docx