UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON COLE-KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTY T. YEE, et al.,<br><br>    Defendants. | Case No. 22-cv-02841-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE** |
| ALEXANDER COTE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.,<br><br>    Defendants. | Case No. 22-cv-04056-HSG |
| JENNIFER I. SYKES,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.,<br><br>    Defendants. | Case No. 22-cv-04133-HSG |

Pending before the Court are three related cases challenging the constitutionality of the California Unclaimed Property Law, California Code of Civil Procedure §§ 1500 *et seq.* The Court directed the parties to meet and confer and make best efforts to agree on a consolidated briefing schedule and hearing date for (1) the motion to consolidate related cases and appoint

interim counsel and (2) the motions to dismiss.[1] The parties were unable to agree and filed three separate proposed orders. Plaintiff Cole-Kelly also stated in her submission that she intends to file a motion for partial summary judgment.

Having reviewed the parties' submissions, the Court finds it prudent to hear both the motions to dismiss and the anticipated motion for summary judgment before deciding the motion to consolidate the cases and appoint interim counsel. The Court therefore **SETS** the following briefing schedules:

- Defendant Betty Yee's motions to dismiss: the oppositions are due by October 4, 2022 and any replies are due by October 18, 2022.
- Plaintiff Cole-Kelly's motion for partial summary judgment: the motion is due by September 20, 2022; oppositions are due by October 11, 2022; and any replies are due by October 25, 2022.

The Court further **SETS** the hearing on Plaintiff Cole-Kelly's motion for partial summary judgment on December 1, 2022 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA, to be heard at the same time as the motions to dismiss.

The Court **CONTINUES** the November 17, 2022 initial case management conference to December 1, 2022 at 2:00 p.m. to be held in person along with the hearing on the motions to dismiss and motion for partial summary judgment.

The Court further **VACATES** the November 17, 2022 hearing on the motion to consolidate. *See Cole-Kelly*, Dkt. No. 24.

//
//
//
//

---

[1] Plaintiffs in *Cole-Kelly v. Yee*, 22-cv-02841-HSG ("*Cole-Kelly*"), filed a motion to consolidate the three related cases and appoint interim counsel. *See Cole-Kelly*, Dkt. No. 24. Defendant Betty Yee filed motions to dismiss in all three cases. *See Cole-Kelly*, Dkt. No. 23; *Cote v. Office of the California State Controller*, 22-cv-04056-HSG ("*Coté*"), Dkt. No. 32; *Sykes v. Office of the California State Controller*, 22-cv-04133-HSG ("*Sykes*"), Dkt. No. 23.

The Court will discuss an appropriate briefing schedule on the motion to consolidate and all other remaining motions at the case management conference.

**IT IS SO ORDERED.**

Dated: 9/13/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge