Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Jay C. Russell
Deputy Attorney General
State Bar No. 122626
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3617
  Fax:  (415) 703-5843
  E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALISON COLE-KELLY,**<br>                    Plaintiffs<br>v.<br>**STATE OF CALIFORNIA, et al.**<br>                    Defendants. | 4:22-cv-2841-HSG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES TO OPPOSITIONS TO MOTIONS TO DISMISS** |
| **ALEXANDER COTE,**<br>                    Plaintiffs,<br>v.<br>**OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.,**<br>                  Defendants. | 4:22-cv-04056-HSG |
| **JENNIFER SYKES,**<br>                    Plaintiffs,<br>v.<br>**OFFICE OF THE  CALIFORNIA STATE CONTROLLER, et  al.,**<br>                  Defendants. | 4:22-cv-04133-HSG |

**STIPULATION**

Under Northern District Local Civil Rule 6-2(b), Plaintiffs Alison Cole-Kelly, Alexander Coté, and Jennifer I. Sykes, and Defendants the Office of the California State Controller and Betty T. Yee, named in her official capacity as Controller of the State of California, stipulate and agree to the following:

1. On May 13, 2022, Plaintiff Alison Cole-Kelly filed her complaint.

2. On May 26, 2022, and June 6, 2022, respectively, Alexander Coté and Jennifer I. Sykes filed complaints in the Central District of California.

3. On July 25, 2022, the Court ordered *Coté* and *Sykes* related to the present action.

4. On August 5, 2022, Defendant moved to dismiss the related *Cole-Kelly, Coté,* and *Sykes* cases.

5. On September 13, 2002, the Court ordered the motions to dismiss to be heard on December 1, 2022.  (*Cole-Kelly* ECF 34.)  The Court further ordered that oppositions to Defendants' motions to dismiss be filed by October 4, 2022, and that reply briefs be filed by October 18, 2022.  (*Id*.)

6. All Plaintiffs filed oppositions to the motions to dismiss on October 4, 2022.

7. On October 13, 2022, Defendants' counsel advised Plaintiffs' counsel that he had tested positive for Covid-19, impairing his ability to meet the October 18 reply brief deadline. Plaintiffs' counsel have graciously agreed that Defendants may have to and until October 25, 2002 to file such reply briefs.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 14, 2022 | ROB BONTA |
| | | Attorney General of California |
| 3 | | ANYA M. BINSACCA |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Draft* |
| | | JAY C. RUSSELL |
| 6 | | Deputy Attorney General |
| | | *Attorneys for Defendants Office of the* |
| 7 | | *California State Controller and Betty T. Yee,* |
| | | *in her official capacity as California State* |
| 8 | | *Controller* |
| 9 | | |
| 10 | | */s/ Samuel Kornhauser* |
| | Dated:  October 14, 2022 | SAMUEL KORNHAUSER, Esq., |
| 11 | | LAW OFFICES OF SAMUEL |
| | | KORNHAUSER |
| 12 | | 155 Jackson Street, Suite 1807 |
| | | San Francisco, California 94111 |
| 13 | | |
| | | BRIAN DAVID, Esq., Illinois ARDC No. |
| 14 | | 0582468 *(pro hac vice)* |
| | | LAW OFFICES OF BRIAN DAVID |
| 15 | | 1329 N. Dearborn #1 |
| | | Chicago, Illinois 60610 |
| 16 | | |
| | | *Attorneys for Plaintiff Alison Cole-Kelly* |
| 17 | | |
| 18 | | WOLF HALDENSTEIN ADLER |
| | | FREEMAN & HERZ LLP |
| 19 | Dated:  October 14, 2022 | */s/ Rachele R. Byrd* |
| 20 | | RACHELE R. BYRD |
| 21 | | BETSY C. MANIFOLD (182450) |
| | | RACHELE R. BYRD (190634) |
| 22 | | 750 B Street, Suite 1820 |
| | | San Diego, CA 92101 |
| 23 | | Telephone: 619/239-4599 |
| | | Facsimile: 619/234-4599 |
| 24 | | manifold@whafh.com |
| | | byrd@whafh.com |
| 25 | | constantin@whafh.com |
| 26 | | |
| 27 | | |
| 28 | | |

MARK C. RIFKIN (*PRO HAC VICE*)
BENJAMIN Y. KAUFMAN (*PRO HAC VICE*)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
kaufman@whafh.com

ARTHUR T. SUSMAN (*PRO HAC VICE*)
LAW OFFICE OF ARTHUR SUSMAN
1540 N. Lake Shore Drive
Chicago, Illinois 60610
Telephone: 847-800-2351
arthur@susman-law.com

*Attorneys for Plaintiffs Alexander Coté and Jennifer I. Sykes*

## ORDER

Pursuant to the above stipulation, and good cause appearing, it is so ordered.

DATED:  10/17/2022            _____
                              THE HONORABLE HAYWOOD S. GILLIAM, JR.
                              United States District Judge

SA2022302479
43437405.docx