UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON COLE-KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTY T. YEE, et al.,<br><br>    Defendants. | Case No. 22-cv-02841-HSG<br><br>**JUDGMENT** |
| ALEXANDER COTE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.,<br><br>    Defendants. | Case No. 22-cv-04056-HSG |
| JENNIFER I. SYKES,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.,<br><br>    Defendants. | Case No. 22-cv-4133-HSG |

Judgment is hereby entered consistent with the Court's Orer Granting Defendants' Motions to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 13th day of March, 2023.

                    Mark B. Busby
                    Clerk of Court

By: _____
     Nikki D. Riley
     Deputy Clerk to the Honorable
     HAYWOOD S. GILLIAM, JR.